NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE Y. GARRISON,<br><br>    Plaintiff,<br><br>  vs.<br><br>GOV. JERRY BROWN, et al.,<br><br>    Defendants. | No. C 11-01974 JF (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS |

On April 22, 2011, Plaintiff, a state prisoner, filed a complaint under 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis. (Docket No. 2.) On the same day, the Clerk of the Court sent Plaintiff a notice that his In Forma Pauperis ("IFP") Application was insufficient because Plaintiff failed to attach the following: 1) Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution; and 2) Plaintiff's prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days. (Id.)

Well after the thirty day deadline had passed, Plaintiff filed another IFP

Order Granting EOT
P:\PRO-SE\SJ.JF\CR.11\01974Garrison_eot-ifp.wpd

application on June 27, 2011, which is again insufficient because Plaintiff failed to attached a completed Certificate of Funds in Prisoner's Account. In the interest of justice, the Court will grant Plaintiff an extension of time to file the missing document to complete his IFP application.

Plaintiff shall submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer of the institution **within thirty (30) days** of the date this order is filed. **Failure to file the necessary document will result in the denial of the application to proceed in forma pauperis, and the complete filing fee will be immediately due.**

The Clerk shall enclose two blank copies of the Certificate of Funds in Prisoner's Account with a copy of this order to Plaintiff.

IT IS SO ORDERED.

DATED: 7/6/11

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

  v.

GOV. JERRY BROWN, et al.,

        Defendants.

        Case Number: CV11-01974 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/28/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Y. Garrison AE7123
San Quentin State Prison
San Quentin, CA 94974

Dated: 7/28/11

        Richard W. Wieking, Clerk