NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE GARRISON, | ) | No. C 11-01974 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| JERRY BROWN, et al., | ) | |
| Defendants. | ) | |

On April 22, 2011, Plaintiff, a state prisoner, filed the instant civil rights complaint pursuant to 42 U.S.C. § 1983. Two days earlier on April 20, 2011, Plaintiff had filed a complaint which was filed under case number C 11-01901 JF (PR), containing similar if not identical allegations against the same named Defendants. Accordingly, the instant action complaint is DISMISSED as duplicative .

The Clerk shall terminate all pending motions as moot.

IT IS SO ORDERED.

DATED: 8/10/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.11\01974Garrison_dism(dup).wpd           1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVE GARRISON,

        Plaintiff,

  v.

JERRY BROWN, et al.,

        Defendants.

Case Number: CV11-01974 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/8/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Y. Garrison AE7123
San Quentin State Prison
San Quentin, CA 94974

Dated: 9/8/11

                                Richard W. Wieking, Clerk